# ORIGINAL

FILED

AUG 2 5 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1 DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
2 P O BOX 50013
SAN JOSE, CA 95150-0013
3
Telephone: (408) 354-4413
4 Facsimile: (408) 354-5513

5 Trustee for Debtor

6

7

8 UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
9 SAN JOSE DIVISION

10

11 In Re:                              ) Chapter 13
                                       )
12 ELAINE SCHLIESMANN                  ) Case No. 07-50935 CN
                                       )
13                                     ) **NOTICE OF UNCLAIMED DIVIDEND**
                                       )
14            Debtor                   )
                                       )
15 _____ )

16 The final dividend to Creditor, CBSJ FINANCIAL CORP in the above entitled matter was

17 returned marked: RETURN TO SENDER-NOT DELIVERABLE AS ADDRESSED

18 It appearing to the Court that a reasonable effort was made to locate the Creditor, and good

19 cause appearing therefore,

20 IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk

21 of the above entitled Court, the sum of $552.15 as an unclaimed dividend.

22        Claim # 19      CBSJ FINANCIAL CORP
23                        299 STOCKTON AVE
                          SAN JOSE, CA 95126-2763
24

25 Dated: August 23, 2010                    _____
26                                           DEVIN DERHAM-BURK, TRUSTEE

27

28



CHAPTER 13 TRUSTEE
P.O. BOX 50013
SAN JOSE, CA 95150-0013

RECEIVED

SEP 16 2009

Devin Derham-Burk
Trustee, Chapter 13

NIXIE          951    DE  1        00  09/15/09

                RETURN TO SENDER
            NOT DELIVERABLE AS ADDRESSED
                    UNABLE TO FORWARD

BC: 951500013913          *2756-00140-10-99

TO
THE
ORDER
OF

GBSJ FINANCIAL CORP
299 STOCKTON AVE
SAN JOSE, CA 95126-2763

951 26 2763  0080
951500013

```
******************************************************************************
*                                                              P.01          *
*                    TRANSACTION REPORT                                      *
*                    _____        OCT-08-2009 THU 10:35 AM     *
*                                                                            *
*        FOR:  Devin Derham-Burk       4083545513                           *
*_____*
*   SEND                                                                     *
*                                                                            *
*  DATE  START   RECEIVER        TX TIME  PAGES TYPE       NOTE        M# DP  *
*_____*
*  OCT-08 10:34 AM 2971426         26"      2  FAX TX      OK          689    *
*_____*
*                                                                            *
*                                      TOTAL :      26S PAGES:   2           *
*                                                                            *
******************************************************************************
```

# FAX

| | |
|---|---|
| **Date:** | **October 8, 2009** |

Number of pages including coversheet:

| To: | Julie |
|---|---|
| **Company** | CBSJ Financial Corp |
| **FAX#** | 297-1426 |
| **Re:** | Address Changes |
| **Case #** | |
| | |

| From: | Teresa Camp |
|---|---|
| | OFFICE OF |
| | **Devin Derham-Burk, Trustee**<br>P O Box 50013<br>San Jose, CA 95150-0013 |
| **Phone:** | Attorneys: (408) 354-4413<br>Debtors: (408) 354-1345<br>Creditors: (408) 354-8151 |
| **FAX #** | **(408) 354-5513** |

☐ Please review & contact the person named above    ☐ Per your request    ☐ For your information; no response necessary

☐ **For Immediate Attention**    ☐ **For Appropriate Action**

Here is another check that was returned to our office with an insufficient address. I have faxed a couple other cases to you awhile back and there was never any address changes filed. I have put reserves on those claims and no more monies will be sent. I am sending this fax to you on these cases and will hold these for 30 days for a filed address change. If I do not receive an address change I will put reserves on these cases also and at the close of these cases the monies will be sent to the United States Bankruptcy Court as "Possible unclaimed Dividends". It may be beneficial for CBSJ Financial Corp to make sure that there is an address change filed for each Chapter 13 Bankruptcy case that they have an open account for. If you should have any questions, please feel free to contact me.

Teresa

IMPORTANT NOTE: The information contained in this facsimile transmission document, including all of its parts without limitation, is the property of the sender, is confidential, is not intended for public use, dissemination, or disclosure and may be subject to legally privileged information. The information is intended only for the exclusive use of the party/parties named above as addressee(s). Any other use, dissemination, disclosure, distribution or copying of this facsimile transmission document is strictly prohibited. Sender reserves all rights under law. If you have received this facsimile transmission document, including all of its parts without limitation, in error, please immediately notify the sender by telephone. Any costs you incur in returning this transmission will be promptly reimbursed to you.